IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CAROLOS QUESADA AGUERO**, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action Number |
| | ) | **5:13-cv-02086-AKK-TMP** |
| v. | ) ) | |
| **ALBERT J. ASORIO** | ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 22, 2013 recommending that this action, filed on the court's General Complaint Form for *Pro Se* Litigants, be dismissed pursuant to 28 U.S.C. § 1915(e) for want of subject matter jurisdiction. Doc. 4. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court agrees with the magistrate judge that Aguero has essentially pled a theft or embezzlement claim, and since he cites to no federal statute conferring jurisdiction and fails to allege facts that would support finding the existence of diversity jurisdiction or a federal question, his claim should be dismissed for want of subject matter jurisdiction. Therefore, the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly,

the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915(e). A final judgment will be entered.

    **DONE** this 12th day of December, 2013.

                                                  **ABDUL K. KALLON**
                                          UNITED STATES DISTRICT JUDGE